# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv267

| | |
|---|---|
| ROANOKE CEMENT COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL GLENN LATHAM, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to clarify the status of the case.

The Plaintiff initiated this action on July 16, 2009 and filed proof of service on the Defendant on July 24, 2009. [Doc. 1, Doc. 5]. The Defendant's answer was due on August 12, 2009; however, to date, he has made no appearance in this action. The Plaintiff has not moved for entry of default. The Court will require the Plaintiff to respond as to the status of the action.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days of entry of this Order, the Plaintiff shall file response as to the status of the case.

Signed: September 16, 2009

Martin Reidinger
United States District Judge